IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYDALE R. MITCHELL,

                                                              ORDER

               Plaintiff,

                                                               13-cv-409-bbc

    v.

UNITED STATES OF AMERICA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on May 15, 2013, I told plaintiff Raydale Mitchell that before I could consider his motion to initiate a civil equitable proceeding for the return of property seized in relation to his closed criminal case, he would have to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Plaintiff has submitted the requested statement and this civil case has been opened. From the statement plaintiff has submitted I calculate his initial partial payment to be $76.88. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

      IT IS ORDERED that plaintiff Raydale Mitchell is assessed $76.88 as an initial

1

partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $76.88 on or before July 8, 2013. If, by July 8, 2013, plaintiff fails to make the initial partial payment or show cause for his failure to do so, I will assume that he does not wish to pursue his motion for the return of his property. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

 Entered this 11th day of June, 2013.

        BY THE COURT:
        /s/
        BARBARA B. CRABB
        District Judge